APRIL 16, 1990

No. 88–7000.   STRINGER *v.* BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari

granted, judgment vacated, and case remanded for further consideration in light of *Clemons* v. *Mississippi, ante,* p. 738.